UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | Case No. 10-cv-6932-BMM-AK |
| v. | Hon. Blanche M. Manning |
| | Magistrate Judge Arlander Keys |
| STEVEN BREWER, ADAM ERICKSON, BREWER INVESTMENT GROUP, LLC, BREWER FINANCIAL SERVICES, LLC, and BREWER INVESTMENT ADVISORS, LLC, | |
| Defendants. | |

### SECURITIES AND EXCHANGE COMMISION'S MOTION FOR ENTRY OF PERMANENT INJUNCTION AGAINST STEVEN BREWER AND ADAM ERICKSON AND MOTION TO SET BRIEFING SCHEDULE ON MONETARY SANCTIONS

Plaintiff, Securities and Exchange Commission, hereby files its Motion for Entry of Permanent Injunction Against Defendants Steven Brewer and Adams Erickson along with its Motion to Set a Briefing Schedule on Monetary Penalties Against those Defendants.

### MOTION FOR ENTRY OF PERMANENT INJUNCTION

Defendants Steven Brewer and Adam Erickson have each consented to entry of a permanent injunction against them. *See* Consent of Steven Brewer attached as Exhibit A; Consent of Adam Erickson attached as Exhibit C. The order to which Defendant Brewer has consented is attached as Exhibit B. The order to which Defendant Erickson has consented is attached as Exhibit D.

Both Defendant Brewer and Defendant Erickson have consented to be ordered to pay disgorgement and penalty, but have not consented to pay any specific amount. *See* Exhibit A and C. Both Defendants and the Commission have agreed to ask the Court to set the amount of disgorgement and penalty after briefing by the parties. *Id*.

MOTION TO SET A BRIEFING SCHEDULE ON MONETARY SANCTIONS

Both Defendant Brewer and Defendant Erickson have agreed to the entry of monetary sanctions – disgorgement and penalties – against them. *See* Exhibit A and C. Both Defendants and the Commission have agreed to ask the Court to set the amount of the monetary sanctions after briefing by the parties. *Id*. In addition, the Commission understands that Defendants have agreed that the briefing should be simultaneous rather than serial.

CONCLUSION

The Commission respectfully requests that the Court:

1) enter permanent injunctions, in the form attached as Exhibits B and D, against Defendant Brewer and Defendant Erickson; and

2) set a briefing schedule on monetary sanctions against Defendant Brewer and Defendant Erickson.

Dated: October 31, 2011

Respectfully submitted,

/s/ Polly Atkinson
Polly Atkinson (Colo. Bar # 18703)
Attorney for Plaintiff
Securities and Exchange Commission
1801 California Street, Suite 1500
Denver, CO 80202
Phone: (303) 844-1046
Fax: (303) 844-1068
Email: atkinsonp@sec.gov

Steven C. Seeger
Attorney for Plaintiff
U.S. Securities and Exchange Commission
175 West Jackson Blvd., Suite 900
Chicago, Illinois 60604
Phone:  (312) 353-7390
Fax:  (312) 353-7398
Seegers@sec.gov