**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION**, | : <br> : <br> : <br> : <br> : **Case No. 10-cv-6932-BMM-AK** |
| **Plaintiff,** | : <br> : **Hon. Blanche M. Manning** |
| **v.** | : <br> : **Magistrate Judge Arlander Keys** |
| **STEVEN BREWER,** <br> **ADAM ERICKSON,** <br> **BREWER INVESTMENT GROUP, LLC ,** <br> **BREWER FINANCIAL SERVICES, LLC, and** <br> **BREWER INVESTMENT ADVISORS, LLC,** | : <br> : <br> : <br> : <br> : <br> : |
| **Defendants.** | : <br> : |

**SECURITIES AND EXCHANGE COMMISION'S**
**MOTION FOR ENTRY OF FINAL JUDGMENTS AGAINST**
**DEFENDANTS BREWER INVESTMENT GROUP, LLC, BREWER FINANCIAL**
**SERVICES, LLC, AND BREWER INVESTMENT ADVISORS, LLC**

Plaintiff, Securities and Exchange Commission, hereby files its Motion for Entry of Final

Judgments Against Defendants Brewer Investment Group, LLC ("BIG"), Brewer Financial

Services, LLC ("BFS"), and Brewer Investment Advisors, LLC ("BIA").

BREWER INVESTMENT GROUP, LLC

BIG has consented to entry of final judgment against it. *See* Consent of Defendant

Brewer Investment Group, LLC, attached as Exhibit A. The Judgment to which BIG has

consented is attached as Exhibit B. The Final Judgment resolves all claims made in this action

by the Commission against BIG.

## BREWER FINANCIAL SERVICES, LLC

BFS has consented to entry of final judgment against it. *See* Consent of Defendant Brewer Financial Services, LLC, attached as Exhibit C. The Judgment to which BFS has consented is attached as Exhibit D. The Final Judgment resolves all claims made in this action by the Commission against BFS.

## BREWER INVESTMENT ADVISORS, LLC

BIA has consented to entry of final judgment against it. *See* Consent of Defendant Brewer Investment Advisors, LLC, attached as Exhibit E. The Judgment to which BIG has consented is attached as Exhibit F. The Final Judgment resolves all claims made in this action by the Commission against BIA.

## CONCLUSION

The Commission respectfully requests that the Court:

1)      enter a final judgment, in the form attached as Exhibit B, against Defendant Brewer Investment Group, LLC;

2)      enter a final judgment, in the form attached as Exhibit D, against Defendant Brewer Financial Services, LLC; and

3)      enter a final judgment, in the form attached as Exhibit F, against Defendant Brewer Investment Advisors, LLC.

Dated:  May 30, 2012

                                        Respectfully submitted,

                                        /s/ Polly Atkinson
                                        Polly Atkinson (Colo. Bar # 18703)
                                        Attorney for Plaintiff
                                        Securities and Exchange Commission
                                        1801 California Street, Suite 1500
                                        Denver, CO 80202

Phone:  (303) 844-1046
Fax:  (303) 844-1068
Email:  atkinsonp@sec.gov

Steven C. Seeger
Attorney for Plaintiff
U.S. Securities and Exchange Commission
175 West Jackson Blvd., Suite 900
Chicago, Illinois 60604
Phone:  (312) 353-7390
Fax:  (312) 353-7398
Seegers@sec.gov