UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | Case No. 10-cv-6932-BMM-AK |
| v. | Hon. Blanche M. Manning |
| | Magistrate Judge Arlander Keys |
| STEVEN BREWER, ADAM ERICKSON, BREWER INVESTMENT GROUP, LLC, BREWER FINANCIAL SERVICES, LLC, and BREWER INVESTMENT ADVISORS, LLC, | |
| Defendants. | |

### SECURITIES AND EXCHANGE COMMISION'S MOTION FOR ENTRY OF FINAL JUDGMENTS AGAINST DEFENDANTS BREWER INVESTMENT GROUP, LLC, BREWER FINANCIAL SERVICES, LLC, AND BREWER INVESTMENT ADVISORS, LLC

Plaintiff, Securities and Exchange Commission, hereby files its Motion for Entry of Final Judgments Against Defendants Brewer Investment Group, LLC ("BIG"), Brewer Financial Services, LLC ("BFS"), and Brewer Investment Advisors, LLC ("BIA").

### BREWER INVESTMENT GROUP, LLC

BIG has consented to entry of final judgment against it. *See* Consent of Defendant Brewer Investment Group, LLC, attached as Exhibit A. The Judgment to which BIG has consented is attached as Exhibit B. The Final Judgment resolves all claims made in this action by the Commission against BIG.

## BREWER FINANCIAL SERVICES, LLC

BFS has consented to entry of final judgment against it. *See* Consent of Defendant Brewer Financial Services, LLC, attached as Exhibit C. The Judgment to which BFS has consented is attached as Exhibit D. The Final Judgment resolves all claims made in this action by the Commission against BFS.

## BREWER INVESTMENT ADVISORS, LLC

BIA has consented to entry of final judgment against it. *See* Consent of Defendant Brewer Investment Advisors, LLC, attached as Exhibit E. The Judgment to which BIG has consented is attached as Exhibit F. The Final Judgment resolves all claims made in this action by the Commission against BIA.

## CONCLUSION

The Commission respectfully requests that the Court:

1) enter a final judgment, in the form attached as Exhibit B, against Defendant Brewer Investment Group, LLC;

2) enter a final judgment, in the form attached as Exhibit D, against Defendant Brewer Financial Services, LLC; and

3) enter a final judgment, in the form attached as Exhibit F, against Defendant Brewer Investment Advisors, LLC.

Dated: May 30, 2012

    Respectfully submitted,

    /s/ Polly Atkinson
    Polly Atkinson (Colo. Bar # 18703)
    Attorney for Plaintiff
    Securities and Exchange Commission
    1801 California Street, Suite 1500
    Denver, CO 80202

Phone: (303) 844-1046
Fax: (303) 844-1068
Email: atkinsonp@sec.gov

Steven C. Seeger
Attorney for Plaintiff
U.S. Securities and Exchange Commission
175 West Jackson Blvd., Suite 900
Chicago, Illinois 60604
Phone: (312) 353-7390
Fax: (312) 353-7398
Seegers@sec.gov